FILED
2023 Oct-18 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| | ) Case No. 2:23-MJ-567-JHE-1 |
| v. | ) |
| | ) |
| | ) |
| GRAHAM DANIEL ASH | ) |

### MOTION TO WITHDRAW BY THE
### OFFICE OF THE FEDERAL PUBLIC DEFENDER

COMES NOW KEVIN L. BUTLER, Federal Public Defender for the Northern District of Alabama, and respectfully moves the Court to withdraw from representation of Mr. Ash. A conflict of interest has been discovered which requires counsel to withdraw from further representation of Mr. Ash.

WHEREFORE, KEVIN L. BUTLER, Federal Public Defender for the Northern District of Alabama, respectfully requests an order relieving the office of the Federal Public Defenders as counsel of record.

Respectfully Submitted,

/s/ Kevin L. Butler
KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
kevin_butler@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2023**,** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                        /s/Kevin L. Butler